IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PPC BROADBAND, INC.

    Plaintiff,

v.                            Case No.: 4:22-cv-00204-LPR

PERFECTVISION MANUFACTURING, INC.

    Defendant.

## APPLICATION FOR PRO HAC VICE ADMISSION

Comes now the attorney of record for Plaintiff, PPC Broadband, Inc., John Keeling Baker of the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., who hereby moves this Court for admission of the following attorney to appear as an additional attorney of record for and on behalf of PPC Broadband, Inc., pro hac vice, and shows as follows:

1.    As indicated by the declaration attached hereto as Exhibit "1," Naresh K. Kannan is a resident of New York. Naresh K. Kannan is a member in good standing of the bar of New York. Naresh K. Kannan is an attorney with Barclay Damon, LLP at its Albany office having an address of 80 State Street, Albany, New York 12207, a phone number of (518) 429-4291, and an email address of nkannan@barclaydamon.com.

2.    Naresh K. Kannan has affirmed to abide by the Local Rules of this Court and has submitted to the jurisdiction of this Court in matters of discipline. *See* Exhibit "1."

WHEREFORE, PPC Broadband, Inc. and its attorney, John Keeling Baker, move this Court for an Order permitting Naresh K. Kannan to appear before the Court pro hac vice as counsel of record for said Plaintiff in the above-styled matter.

2

John Keeling Baker, Ark. Bar No. 97024
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201
501.688.8800 (telephone)
501.688.8807 (fax)
jbaker@mwlaw.com

*Attorneys for PPC Broadband, Inc.*