IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PPC BROADBAND, INC.**                                    **PLAINTIFF**

v.                          Case No.: 4:22-cv-00204-LPR

**PERFECTVISION MANUFACTURING, INC.**                      **DEFENDANT**

### DECLARATION OF NARESH K. KANNAN

I, Naresh K. Kannan, declare under penalty of perjury, pursuant to 28 U.S.C § 1746, that the following is true and correct:

1. I am a resident of the State of New York.

2. I am a graduate of Albany Law School.

3. I am a member in good standing of the bar of New York.

4. I am an attorney with Barclay Damon, LLP and its Albany office where my address is 80 State Street, Albany, NY 12207, my phone number is (518) 429-4291, and my email address is nkannan@barclaydamon.com.

5. I affirm to abide by the Local Rules of this Court and I hereby submit to the jurisdiction of this Court in matter of discipline.

Executed this 2nd day of August, 2023

_____
Naresh K. Kannan

**EXHIBIT 1**