IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PPC BROADBAND, INC.,

    Plaintiff,

v.

PERFECTVISION MANUFACTURING, INC.,

    Defendant.

Case No.: 4:22-CV-204-LPR

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff PPC Broadband, Inc. and defendant PerfectVision Manufacturing, Inc., by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned action, including all claims and counterclaims, shall be dismissed with prejudice, with each party to bear its own litigation costs, attorney's fees, and other expenses arising from or related to this litigation.

Dated: December 18, 2025

John Keeling Baker, ABA 97024
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 W. Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Tel: (501) 688-8800
Fax: (501) 688-8807
jbaker@mwlaw.com

BARCLAY DAMON LLP
Douglas J. Nash (*pro hac vice*)
John D. Cook (*pro hac vice*)
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 425-2700
dnash@barclaydamon.com
jcook@barclaydamon.com

Naresh K. Kannan (*pro hac vice*)
80 State Street
Albany, NY 12207
Tel: (518) 429-4291
nkannan@barclaydamon.com

Charles D. Davidson, AR BIN 73026
Nickolas W. Dunn, AR BIN 2019115
DAVIDSON LAW FIRM
Post Office Box 1300
Little Rock, AR 72203
Tel: (501) 374-9977
Fax: (501) 374-5917
skipd@dlf-ar.com
nickd@dlf-ar.com

CARMODY TORRANCE SANDAK &
HENNESSEY LLP
John R. Horvack, Jr. (*pro hac vice*)
Fatima Lahnin (*pro hac vice*)
Damian K. Gunningsmith (*pro hac vice*)
195 Church Street, 18th Floor
New Haven, CT 06509
Tel: (203) 777-5501
Fax: (203) 784-3120
jhorvack@carmodylaw.com
flahin@carmodylaw.com
dgunningsmith@carmodylaw.com

- 1 -

*Attorneys for Plaintiff PPC Broadband, Inc.*       *Attorneys for Defendant PerfectVision Manufacturing, Inc.*

32964873.1